SAMUEL M. HITCHCOCK, Appellant, *v.* RICHARD W. BURCHELL, Respondent.

*Hitchcock* v. *Burchell,* 74 App. Div. 622, affirmed.
(Submitted January 15, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1902, affirming a judgment in favor of defendant

entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Charles Capron Marsh, Daniel De Wolf Wever* and *Jacob Marx* for appellant.

*Ralston Flemming* and *Woodville Flemming* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.